**Fill in this information to identify your case:**

Debtor 1: Regla De La Caridad Fernandez
First Name | Middle Name | Last Name

Debtor 2: _____
(Spouse if, filing) First Name | Middle Name | Last Name

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number: 6:18-bk-03644
(if known)

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chase Corporation**<br><br>Description of property securing debt: **7865 Mistral Drive Orlando, FL 32827  Orange County Deed and Note in Debtor and Ex-Husband's Name Current Value based on listed sale price of property** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>Homestead marital property | ☐ No<br>■ Yes |
| Creditor's name: **Laureate Park Master**<br><br>Description of property securing debt: **7865 Mistral Drive Orlando, FL 32827  Orange County Deed and Note in Debtor and Ex-Husband's Name Current Value based on listed sale price of property** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>Homestead marital property | ☐ No<br>■ Yes |

### Part 2:   List Your Unexpired Personal Property Leases
For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill

Official Form 108            Statement of Intention for Individuals Filing Under Chapter 7            page 1

Debtor 1  Regla De La Caridad Fernandez                Case number (if known)  6:18-bk-03644

in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X  /s/ Regla De La Caridad Fernandez
Regla De La Caridad Fernandez
Signature of Debtor 1

Date  7/3/18

X  _____
Signature of Debtor 2

Date  _____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:   Case No. 6:18-bk-03644-KSJ
         Chapter 7

Regla De La Caridad Fernandez

Debtor.
_____/

**NOTICE OF FILING AMENDED STATEMENT OF INTENTION**

Debtor, by and through the undersigned counsel, hereby gives notice of filing Amended Statement of Intention as attached hereto.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Amended Statement of Intention was furnished on July 3, 2018, by U.S. Mail and/or electronic mail pursuant to Local Rule 7005-3 to:

Richard B Webber
Post Office Box 3000
Orlando, FL 32802

Regla De La Caridad Fernandez
7685 Mistral Drive
Orlando, FL 32827

United States Trustee
400 W. Washington St.
Suite 1100
Orlando, FL 32801

Chase Corporation
PO Box 24696
Columbus, OH 43224

Laureate Park Master Association, Inc.
c/o Fishkind & Associates
12051 Corporate Blvd.
Orlando, FL 32817

/s/ Ronnald Mejia
Ronnald Mejia
FL Bar #0177539
Ronnald Mejia, P.A.
1060 Woodcock Road
Orlando, FL 32803
Tel: 407-403-6479
Fax: 407-720-4642